# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**JOHN SLOMANSKI and**
**MARGARET BRUSEWITZ,**
**Individually and on behalf of all others similarly situated,**

        Plaintiffs,

    v.        Case No. **20-CV-956**

**ALLIANCE COLLECTION AGENCIES, INC.,**

        Defendant.

☒ **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiffs' class action alleging violations of the Fair Debt Collection Practices Act and the Wisconsin Consumer Act is hereby **DISMISSED WITH PREJUDICE** for plaintiffs' failure to state a claim upon which relief may be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Date: December 2, 2020

        Gina M. Colletti, Clerk of Court
        EASTERN DISTRICT OF WISCONSIN
        (By) Deputy Clerk, s/ Linda M. Zik

        Approved this 2nd day of December, 2020.

        *William E. Duffin*
        WILLIAM E. DUFFIN
        United States Magistrate Judge